AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court

E-FILING

NORTHERN     DISTRICT OF     CALIFORNIA

SEALED BY ORDER OF THE COURT

UNITED STATES OF AMERICA

v.

Marco RIVERA-Silva
(Name and Address of Defendant)

FILED
AUG 0 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL COMPLAINT**

CASE NUMBER:  08-70510 PVT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __July 21, 2008__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s) was,(Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                                    Official Title

facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                      ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

DOCUMENT NO.  CSA's INITIALS
    1
DISTRICT COURT
CRIMINAL CASE PROCESSING

Sworn to before me and subscribed in my presence,

__August 5, 2008__           at         __San Jose, California__
        Date                                  City and State

Patricia V. Trumbull
United States Magistrate Judge                    _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

RE:     RIVERA-Silva, Marco A94 375 025

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   Mr. RIVERA-Silva is a 30-year-old male who has used fourteen (14) aliases and three (3) dates of birth in the past.

(2)   Mr. RIVERA-Silva has been assigned one (1) Alien Registration number of A94 375 025, FBI number of 934560MB1, California Criminal Information Index number of A21002446, and a California Department of Correction number F62991.

(3)   Mr. RIVERA-Silva is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| October 25, 2007 | San Ysidro, CA |

(4)   Mr. RIVERA-Silva last entered the United States at or near San Ysidro, CA on or after October 25, 2007, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. RIVERA-Silva on a date unknown, but no later than July 21, 2008, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326.

(6)   Mr. RIVERA-Silva was, on April 8, 1999, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of POSSESS CONTROLLED SUBSTANCE, a felony, in violation of Section 11350(a) of the California Health and Safety Code, and was sentenced to five (5) months in jail.

(7)   Mr. RIVERA-Silva was, on July 28, 1999, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of POSSESS CONTROLLED SUBSTANCE, a felony, in violation of Section 11350(a) of the California Health and Safety Code, and was sentenced to four (4) months in jail.

RE:   RIVERA-Silva, Marco A94 375 025

(8)   Mr. RIVERA-Silva was, on August 11, 2005, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of DUI WITH PRIOR, a misdemeanor, in violation of Section 23152(b) of the California Vehicle Code, and was sentenced to one hundred twenty (120) days in jail.

(9)   Mr. RIVERA-Silva was, on December 15, 2005, convicted in the Superior Court of California, in and for the County of Merced, for the offense of TRANSPORT CONTROLLED SUBSTANCE, a felony, in violation of Section 11379 of the California Health and Safety Code, and was sentenced to five (5) months in jail.

(10)  Mr. RIVERA-Silva was, on March 8, 2006, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of INFLICT CORPORAL INJURY ON SPOUSE OR COHABITANT, an aggravated felony, in violation of Section 273.5(a) of the California Penal Code, and was sentenced to two (2) years in prison.

(11)  On the basis of the above information, there is probable cause to believe that Mr. RIVERA-Silva illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

_____
Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this  5  day of  August , 2008

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE